## IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MICHAEL STRAND,**

    **Plaintiff,**

**v.**                                                             **No. 12-cv-0435 MV/SMV**

**MACK ALLINGHAM,**
**ERIC PADILLA, GARY GOLD, and**
**CITY OF LAS VEGAS BD. OF COMM'RS,**

    **Defendants.**

### ORDER DENYING PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE

THIS MATTER is before the Court on Plaintiff's Motion for Scheduling Conference [Doc. 3] ("Motion"), filed on May 29, 2012. No response was filed, and none is necessary. Pursuant to D.N.M.LR-Civ. 16.3(d), this case is excluded from normal pretrial case management procedures, and therefore, a scheduling conference is not appropriate. Currently, the Court is reviewing the complaint, [Doc. 1] at 5–14, under 42 U.S.C. § 1997e(c), (g), to determine whether Defendants will be required to answer. Nothing further from the parties is required at this time.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Scheduling Conference [Doc. 3] is **DENIED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**