IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL STRAND,

    Plaintiff,

v.   No. CIV 12-0435 MV/SMV

NARCOTICS DET. MACK
ALLINGHAM, NARCOTICS
DETECTIVE ERIC PADILLA,
POLICE CHIEF GARY GOLD,
CITY OF LAS VEGAS BOARD
OF COMMISSIONERS,

    Defendants.

## JUDGMENT

This matter having come before the Court, *sua sponte* under 28 U.S.C. §§ 1915A, 1367(a), (c), and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's removed complaint; and the Court having entered an order dismissing certain claims and remanding other claims to the state court,

IT IS THEREFORE ORDERED that JUDGMENT is hereby entered in favor of Defendants on Plaintiff's federal claims, which are hereby DISMISSED without prejudice to rights he may have under the habeas corpus statutes; Plaintiff's state law claims are REMANDED to the New Mexico Fourth Judicial District Court; and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE